UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

DULUTH TRAVEL, INC.,

    Debtor.

CHAPTER 11

CASE NO. 18-54894

**APPLICATION FOR APPOINTMENT OF
ACCOUNTANT FOR DEBTOR-IN-POSSESSION**

Duluth Travel, Inc., the debtor and debtor-in-possession in the above-captioned case ("Debtor") respectfully represents as follows:

1.

On March 22, 2018, Debtor filed a petition for relief under Chapter 11 of Title 11, United States Code, 11U.S.C. §§ 101 et seq. No Trustee has been appointed and Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108.

2.

During the course of this case and in the continuation of Debtor's business, Debtor will require various professional services which will necessitate the retention of an accountant. Debtor wishes to employ the accounting firm of Salus Consulting P.C. 1117 Perimeter Center West, Suite E-201, Atlanta, GA 30338, as its accountant ("Salus Consulting").

3.

Debtor has selected Salus Consulting as its accountant because Salus Consulting possesses substantial expertise and experience and because Debtor finds it to be well-qualified to perform the desired professional services. Salus Consulting has been Debtor's accounting firm for a number of years. In addition to traditional accounting services, Alan Salus, of Salus Consulting, works as a contract worker for Debtor, in the capacity of a CFO.  Due to Salus Consulting's level of knowledge and experience with Debtor, it would be onerous to bring another accountant up to speed as to Debtor's financial records and reporting.  Further, if Salus Consulting could not continue, Duluth Travel would be forced to hire a CFO, which would cost Debtor time and money at the very start of its case, which such services are most needed.

4.

Salus Consulting proposes to undertake representation of Debtor on a flat fee basis, at the rate of $6,000.00 every 2 weeks with payroll paid at the same time as payroll, as a 1099 contractor.  In exchange for the flat fee, Salus Consulting performs the following duties for Debtor: management of operations, audits of vendor payments, vendor and partner analysis, 401k administration, meetings with partners, accounts receivable reconciliations, monthly reconciliation of bank accounts, financial statements, strategic planning, tax planning, tax preparation, budgeting, forecasting, and legal support.  Further, Salus Consulting will provide accounting services to Debtor related to the Chapter 11 case, as needed, as part of the monthly flat fee, including but not limited to – budgeting related to cash collateral, data and documents for the Initial Debtor

Interview with the U.S. Trustee's Office, data and documents for the preparation of the schedules and statement of financial affairs, preparation of the monthly/quarterly operating reports, and financial projections for any Chapter 11 plan to be proposed by Debtor.

5.

Alan Salus, sole owner, officer and director of Salus Consulting, is the son of Arthur Salus, the sole owner, officer and director of Debtor.

6.

To the best of Debtor's knowledge, and except as otherwise disclosed in this Application, neither Salus Consulting nor its shareholders, partners or employees

- a. are directors, officers, partners, general partners, mangers, creditors, persons or entities in control of Debtor or related to a general partner, director officer or person in control of Debtor, except as disclosed herein;

- b. have any connection with Debtor, its creditors, any other party in interest, their respective attorneys or accountants, or the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed herein;  or

     c. hold or represent any interests that are adverse to Debtor or the Estate.

This Application seeks employment effective as of March 22, 2018.[1]

**WHEREFORE**, Debtor prays that it be authorized to retain Salus Consulting as Debtor's accountant in this case.

Respectfully submitted, this 22nd day of March 2018.

                                          **ANNA M. HUMNICKY**
                                          **ATTORNEY AT LAW**
                                          Proposed Counsel for Debtor

                                          By: /s/ Anna M .Humnicky
                                                  Anna M. Humnicky
                                                  Georgia Bar No. 377850

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(P) (770) 858-1288
(F) (770) 858-1277
ahumnicky@cpmas.com

---

[1] While Applicant has filed this Application within 21 days of the Petition Date, Applicant shall not submit a proposed order on the Application until the expiration of 21 days from the Petition Date pursuant to Fed. R. Bankr. P. 6002.

# RULE 2014 VERIFICATION REGARDING APPLICATION FOR APPOINTMENT OF ACCOUNTANT FOR DEBTOR-IN-POSSESSION

The undersigned makes the following solemn oath:

(1)     I am a certified public accountant and shareholder in Salus Consulting, P.C. ("Applicant"), an accounting firm.

(2)     Duluth Travel, Inc., the debtor and debtor-in-possession referenced in the attached application ("Debtor") seeks to employ Applicant for purpose of assisting it with general accounting matters, as well as preparation and filing of tax returns and assistance with Debtor-in-Possession duties related to financial reporting.

(3)     I am the son of the sole owner, officer and director of Debtor, Arthur Salus. I have been handling Debtor's accounting needs for the past 10 years, as well as I have acted in a CFO-like role through my firm.

(4)     To the best of my knowledge, and except as otherwise disclosed herein, neither Applicant nor its shareholders, partners or other employees, for the two years prior to the date of this Verified Statement, were or are directors, officers, partners, general partners, mangers, creditors, persons or entities in control of Debtor or related to a general partner, director officer or person in control of Debtor, except that, as a matter of disclosure Applicant also provides accounting services to the following related individual and entitles to Debtor: TravelMaster, LLC and Arthur Salus; have any connection with Debtor, its creditors, any other party in interest, their respective attorneys or accountants, or the United States Trustee, or any person employed in the Office of the United States Trustee, except that, as a matter of disclosure Applicant also provides accounting services to the following

related individual and entitles to Debtor: TravelMaster, LLC and Alan Salus; or hold or represent any interests that are adverse to Debtor or the Estate.

(5) Applicant has not agreed to share any compensation or reimbursement awarded in Debtor's bankruptcy cases with any other person, except as disclosed herein.

(6) Applicant's employment as accountant for Debtor is appropriate under 11 U.S.C. § 327 and Rule 2014, Fed. R. Bankr. P.

Pursuant to 28 U.S.C. § 1746, I do hereby declare under the penalty of perjury that the statements contained in the foregoing statements are true and correct.

By:   /s/ Alan Salus
      Alan Salus
      Shareholder, Salus Consulting, P.C.