# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> DULUTH TRAVEL, INC., <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 18-54894 |

## MOTION FOR EXTENSION OF TIME TO FILE
## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**NOW COMES** Duluth Travel, Inc. ("Debtor") and files this Motion for an Extension of Time to File Schedules and Statement of Financial Affairs, showing the Court as follows:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.

Debtor filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code on March 22, 2018 (the "Petition Date"). Debtor is operating its businesses as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3.

Fed. R. Bankr. P. 1007 requires Debtor to file its schedules of assets and liabilities, statements of affairs, and schedules of executory contracts and unexpired leases (the "Schedules and Statements") within fourteen days of the Petition Date. The fourteenth day from the Petition Date in this case falls on April 5, 2018.

4.

Pursuant to Rule 1007(c), the Court has the authority to extend the time required for filing the Schedules and Statements. Debtor estimates that, given its counsel's impending move from her current firm, to a temporary firm, then to her new firm effective April 16, 2018, at least 20 additional days will be needed to complete and file the Schedules and Statements. Debtor, therefore, respectfully requests that the Court extend the period within which it must file its Schedules and Statements by fourteen days, making them due on April 27, 2018.

5.

The relief requested in this Motion is in the best interest of Debtor's estate and does not adversely affect the rights of any party to this case.

**WHEREFORE**, Debtor respectfully requests that the Court:

(a) Grant Debtor's request to extend the time to file its Schedules and Statements through April 27, 2018; and

(b) Grant such other relief as is deemed just and proper.

Respectfully submitted, this 22nd day of March 2018.

                ANNA M. HUMNICKY
                ATTORNEY AT LAW
                Proposed Counsel to Debtor

        By:  /s/ Anna M. Humnicky
                Anna M. Humnicky
                Georgia Bar No. 377850

3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
(P) (770) 858-1288; (F) (770) 858-1277
ahumnicky@cpmas.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> DULUTH TRAVEL, INC., <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 18-54894 |

**CERTIFICATE OF SERVICE**

  I, Anna M. Humnicky, certify that I am over the age of 18 and that on this date, a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** was served by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

  Office of U.S. Trustee
  362 Richard Russell Bldg.
  75 Ted Turner Drive, SW
  Atlanta, GA 30303

This 22nd day of March 2018.

              By: /s/ Anna M. Humnicky
                  Anna M. Humnicky
                  Georgia Bar No. 377850

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(P) (770) 858-1288
(F) (770)858-1277
ahumnicky@cpmas.com