# Duluth Travel Inc
## Profit & Loss
### January 2015 through December 2017

|  | Jan - Dec 15 | Jan - Dec 16 | Jan - Dec 17 | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
|     Commissions | 419,579.85 | 423,147.54 | 409,736.73 | 1,252,464.12 |
|     Sales | 5,900,076.13 | 6,211,919.36 | 6,744,601.92 | 18,856,597.41 |
| **Total Income** | 6,319,655.98 | 6,635,066.90 | 7,154,338.65 | 20,109,061.53 |
| **Cost of Goods Sold** | | | | |
|     Travelport Segments | 0.00 | 174,236.54 | 0.00 | 174,236.54 |
|     Travel Costs - TI | 0.00 | 99,232.15 | 30.56 | 99,262.71 |
|     Concur Transaction Fees-VA Bene | 187,210.02 | 443,029.32 | 264,478.65 | 895,017.99 |
|     Cost of Travel Sales | 1,585,057.09 | 1,687,993.91 | 1,675,161.46 | 4,948,212.46 |
| **Total COGS** | 1,772,267.11 | 2,404,791.92 | 1,939,670.67 | 6,116,729.70 |
| **Gross Profit** | 4,547,388.87 | 4,230,274.98 | 5,214,667.98 | 13,992,331.83 |
| **Expense** | | | | |
|     Continuing Education | 0.00 | 0.00 | 438.00 | 438.00 |
|     Equipment Lease | 950.35 | 1,505.77 | 1,697.63 | 4,153.75 |
|     Bank Service Charges | 32,678.47 | 28,300.74 | 28,514.91 | 89,494.12 |
|     Sales & Marketing | 101,102.37 | 68,019.28 | 136,538.21 | 305,659.86 |
|     Automobile Expense | 8,549.32 | 16,465.72 | 10,669.99 | 35,685.03 |
|     Depreciation Expense | 8,050.10 | 4,979.40 | 1,395.14 | 14,424.64 |
|     Computer and Internet Expenses | 117,226.00 | 91,753.09 | 119,732.59 | 328,711.68 |
|     Charitable Contribution | 10,068.00 | 800.00 | 5,978.00 | 16,846.00 |
|     Dues & Subscriptions | 7,916.47 | 7,347.60 | 10,712.69 | 25,976.76 |
|     Fees | 15,525.00 | 1,564.50 | 1,008.00 | 18,097.50 |
|     Insurance Expense | 273,319.26 | 268,537.30 | 326,821.43 | 868,677.99 |
|     Interest Expense | 12,097.04 | 33,433.05 | 29,150.74 | 74,680.83 |
|     License | 0.00 | 2,934.45 | 0.00 | 2,934.45 |
|     Meals and Entertainment | 32,076.64 | 24,754.76 | 32,784.00 | 89,615.40 |
|     Office Expenses | 50,874.94 | 30,075.56 | 27,275.87 | 108,226.37 |
|     Outside Services | 14,961.42 | 12,100.00 | 8,480.00 | 35,541.42 |
|     Payroll Expenses | 3,193,365.38 | 2,938,493.32 | 3,004,765.94 | 9,136,624.64 |
|     Taxes & Licenses | 16,070.43 | 12,572.37 | 5,703.82 | 34,346.62 |
|     Postage & Delivery | 6,129.97 | 6,127.33 | 4,911.63 | 17,168.93 |
|     Profit Sharing Plan | 39,646.33 | 37,483.68 | 36,046.44 | 113,176.45 |
|     Rent Expense | 160,989.00 | 150,000.00 | 162,500.00 | 473,489.00 |
|     Repairs and Maintenance | 4,578.64 | 1,743.54 | 1,288.33 | 7,610.51 |
|     Travel Expense | 29,514.23 | 9,765.17 | 22,431.60 | 61,711.00 |
|     Utilities | 90,826.46 | 71,684.76 | 84,074.47 | 246,585.69 |
| **Total Expense** | 4,226,515.82 | 3,820,441.39 | 4,062,919.43 | 12,109,876.64 |
| **Net Ordinary Income** | 320,873.05 | 409,833.59 | 1,151,748.55 | 1,882,455.19 |
| **Other Income/Expense** | | | | |
| **Other Income** | | | | |
|     Interest Income | 586.69 | 29.33 | 6.21 | 622.23 |
| **Total Other Income** | 586.69 | 29.33 | 6.21 | 622.23 |
| **Other Expense** | | | | |
|     Attorney Fees | 422,374.94 | 364,189.45 | 461,855.68 | 1,248,420.07 |
|     State Corporate Income Tax | 0.00 | 0.00 | 10.00 | 10.00 |
|     Ask My Accountant | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 422,374.94 | 364,189.45 | 461,865.68 | 1,248,430.07 |
| **Net Other Income** | -421,788.25 | -364,160.12 | -461,859.47 | -1,247,807.84 |
| **Net Income** | -100,915.20 | 45,673.47 | 689,889.08 | 634,647.35 |