# Duluth Travel Inc
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 15 | Dec 31, 16 | Dec 31, 17 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Costa Rica Dreams Bank | 0.00 | 0.00 | 180,085.09 |
| STC Business Account | 0.00 | 1,000.00 | 3,273.06 |
| VA Business Account | 4,030.36 | 64,341.65 | 52,093.74 |
| Gwinnett Community Bank | -28,049.69 | 137,625.64 | 218,661.00 |
| Money Market | 42,315.77 | 5,345.10 | 667.31 |
| Petty Cash | 30.00 | 30.00 | 30.00 |
| **Total Checking/Savings** | 18,326.44 | 208,342.39 | 454,810.20 |
| **Other Current Assets** | 138,957.09 | 194,783.91 | 311,476.84 |
| **Total Current Assets** | 157,283.53 | 403,126.30 | 766,287.04 |
| **Fixed Assets** | | | |
| Furniture, Fixtures, & Equip | 305,643.31 | 308,607.31 | 318,285.26 |
| Accumulated Depreciation | -288,899.00 | -293,878.40 | -295,273.54 |
| **Total Fixed Assets** | 16,744.31 | 14,728.91 | 23,011.72 |
| **Other Assets** | | | |
| Intangible Assets | 24,725.00 | 42,725.00 | 60,725.00 |
| Accumulated Amortization | -6,725.00 | -6,725.00 | -6,725.00 |
| Other Assets | 53,782.94 | 2,374.30 | 5,996.44 |
| Deposits | 1,576.00 | 1,576.00 | 1,576.00 |
| **Total Other Assets** | 73,358.94 | 39,950.30 | 61,572.44 |
| **TOTAL ASSETS** | **247,386.78** | **457,805.51** | **850,871.20** |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Credit Cards** | | | |
| American Express Payable | 43,451.96 | 19,675.31 | 177.51 |
| **Total Credit Cards** | 43,451.96 | 19,675.31 | 177.51 |
| **Other Current Liabilities** | | | |
| Due to Concur (VA Bene) | 0.00 | 0.00 | 3,485.58 |
| Payroll Liabilities | 4,897.88 | 5,287.27 | 12,559.73 |
| **Total Other Current Liabilities** | 4,897.88 | 5,287.27 | 16,045.31 |
| **Total Current Liabilities** | 48,349.84 | 24,962.58 | 16,222.82 |
| **Long Term Liabilities** | | | |
| Note Payable | 205,375.42 | 449,924.77 | 198,144.55 |
| **Total Long Term Liabilities** | 205,375.42 | 449,924.77 | 198,144.55 |
| **Total Liabilities** | 253,725.26 | 474,887.35 | 214,367.37 |
| **Equity** | | | |
| C-Corp R/E | -12,374.71 | -12,374.71 | -12,374.71 |
| Capital Stock | 10,000.00 | 10,000.00 | 10,000.00 |
| Additional Paid in Capital | 359,273.08 | 359,273.08 | 359,273.08 |
| Retained Earnings | -191,319.99 | -363,236.85 | -317,563.38 |
| Shareholder Distributions | -71,001.66 | -56,416.83 | -92,720.24 |
| Net Income | -100,915.20 | 45,673.47 | 689,889.08 |
| **Total Equity** | -6,338.48 | -17,081.84 | 636,503.83 |
| **TOTAL LIABILITIES & EQUITY** | **247,386.78** | **457,805.51** | **850,871.20** |