

**IT IS ORDERED as set forth below:**

**Date: March 23, 2018**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

DULUTH TRAVEL, INC.,

    Debtor.

CHAPTER 11

CASE NO. 18-54894

## ORDER AND NOTICE OF EXPEDITED HEARING

This matter is before the Court on the motions and application filed by Duluth Travel, Inc. ("**Debtor**"), Debtor and Debtor-in-Possession in the above-captioned case, for an expedited hearing ("**Motion**") on the following motions: (1) Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtor to Honor Certain Prepetition Obligations ("**Prepetition Obligations Motion**"); (2) Motion for Authority to Maintain Existing Depository Bank Accounts and Cash Management System ("**Bank Account Motion**"); (3) Application for Employment of Attorneys for Debtor in Possession and Application for Employment of Accountant for Debtor in Possession

("**Employment Applications**"); (4) Motion for Establishment of Procedures for Monthly Compensation and Reimbursement of Expenses for Professionals ("**Payment Procedure Motion**"); and (5) Motion for Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Providing Adequate Protection ("**Cash Collateral Motion**," and together with the Prepetition Obligations Motion, the Bank Account Motion, the Employment Application, and the Payment Procedure Motion, "**First Day Motions**").

The Court has considered the Motion.  It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that the relief sought in the Motion is in the best interests of Debtor, its estate, and its creditors; and that good and sufficient cause exists for such relief. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that an expedited hearing regarding the First Day Motions will be held in ***the U.S. Bankruptcy Court, Courtroom 1404, 75 Ted Turner Drive, SW, Atlanta, Georgia, on March 27, 2018, at 1:30 P.M.***; and it is further

**ORDERED** that Debtor shall serve this Order and Notice of Expedited Hearing, together with a copy of the Motion and the First Day Motions, delivered by electronic mail, facsimile, overnight courier service and/or overnight U.S. Mail with adequate postage pre-paid, on the following: (1) the Internal Revenue Service; (2) the Georgia Department of Revenue; (3) the Office of the United States Trustee; (4) Gwinnett Community Bank; (5) Small Business Administration through its administrator; and (6) the twenty largest unsecured creditors.

**(END OF DOCUMENT)**

Prepared by:

_____/s/ Anna M. Humnicky_____
Anna M. Humnicky
Georgia Bar No. 377850
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
(P) (770) 858-1288
(F) (770) 858-1277
ahumnicky@cpmas.com
**Proposed Counsel for Duluth Travel, Inc.**

## <u>DISTRIBUTION LIST</u>

Anna M. Humnicky, Esq.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

David S. Weidenbaum, Esq.
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

1665702