

**IT IS ORDERED as set forth below:**

**Date: March 26, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br><br> DULUTH TRAVEL, INC., <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 18-54894-JRS |

**ORDER ON MOTION FOR EXTENSION OF TIME TO
FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court on the *Motion for Extension of Time to File Schedules and Statement of Financial Affairs*, filed by Duluth Travel, Inc. ("**Debtor**"), debtor and debtor-in-possession in the above captioned case, on March 22, 2018 (Doc. No. 10), seeking an extension of time to file its schedules and statements of financial affairs (the "Motion").

The Court has considered the Motion. It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that no notice of hearing on said Motion

1667245

should be given; and that Debtor has shown good cause for additional time to file their Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedule of Executory Contracts and Unexpired Leases. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtors shall have through and including April 24, 2018[1], to file its Schedules of Assets and Liabilities, Statement of Financial Affairs and Schedule of Executory Contracts and Unexpired Leases.

### [END OF DOCUMENT]

Prepared by:

    /s/ Anna M. Humnicky    
Anna M. Humnicky
Georgia Bar No. 377850
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
(P) (770) 858-1288
(F) (770) 858-1277
ahumnicky@cpmas.com
**Proposed Counsel for Debtor**

---

[1] Debtor's Proposed Counsel discussed the deadline with the United States Trustee's Office and agreed to April 24, 2018.

## DISTRIBUTION LIST

Anna M. Humnicky, Esq.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

David S. Weidenbaum, Esq.
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

1667245