**IT IS ORDERED as set forth below:**



**Date: May 1, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| DULUTH TRAVEL, INC., | CHAPTER 11 |
| Debtor. | CASE NO. 18-54894-jrs |

### ORDER REGARDING EMPLOYMENT OF
### ACCOUNTANT FOR DEBTOR-IN-POSSESSION

Duluth Travel, Inc. ("**Debtor-in-Possession**"), Debtor and Debtor-in-Possession in the above captioned cases, filed an *Application for Appointment of Accountant for Debtor-in-Possession* on March 22, 2018 (Doc. No. 4) ("**Application**"). The Application seeks approval for the Debtor-in-Possession to retain the accounting and advisory firm Salus

Consulting, P.C., as its accountant for the above-captioned case pursuant to the terms and conditions set out in the Application.

This Court has considered the Application. It appears that the Court has jurisdiction over this matter; that it is a core proceeding; that the Application has been served on the Office of the United States Trustee, Debtor's secured creditors and its 20 largest unsecured creditors; that no creditor or other party in interest objected to the Application at the hearing on March 27, 2108; that no further notice or hearing is necessary; that more than twenty one (21) days has passed since the filing of the Petition and the Application in the above-captioned case; that no objection has been filed to the Application; that the members of the accounting and advisory firm of Salus Consulting, PC, are certified public accountants; that they represent no adverse interest to the Debtor-in-Possession or the Estate in the matters upon which they are to be engaged; that their employment is necessary and would be in the best interests of the Debtor, its estate, and its creditors; and that said case justifies counsel for the purposes specified in the Application. Accordingly, it is hereby

**ORDERED** that the Debtor-in-Possession is authorized to retain and appoint the accounting and advisory firm of Salus Consulting, P.C., as accountant and financial advisor for the purposes specified in the Application, effective as of March 22, 2018

**(END OF DOCUMENT)**

Prepared by:

_____/s/_____Anna M. Humnicky_____
Anna M. Humnicky
Georgia Bar No. 377850
Small Herrin, LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339
(P) (770) 783-1800
ahumnicky@smallherrin.com
**Counsel for Duluth Travel, Inc.**

## DISTRIBUTION LIST

Anna M. Humnicky, Esq.
Small Herrin, LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339

Office of the U.S. Trustee
David S. Weidenbaum, Esq.
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

William J. Sheppard, Esq.
Doroteya N. Wozniak, Esq.
James Bates Brannan Groover, LLP
3399 Peachtree Road, NE
Suite 1700
Atlanta, GA 30326

Jason H Watson, Esq.
Womble Bond Dickinson (US) LLP
271 17th Street, NW Suite 2400
Atlanta, GA 30363

Mr. Alan Salus
Salus Consulting P.C.
1117 Perimeter Center West
Suite E-201
Atlanta, GA 30338