## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

DULUTH TRAVEL, INC.,

      Debtor.

CHAPTER 11

CASE NO. 18-54894-JRS

## WITHDRAWAL OF DOCKET NO. 70

**NOW COMES** Duluth Travel, Inc. ("**Debtor**"), and files this **Withdrawal of Docket No. 70**.

Respectfully submitted, this 1st day of June 2018.

                       **SMALL HERRIN, LLP**
                       Counsel for Duluth Travel, Inc.

                       By:   /s/ Anna M. Humnicky
                            Anna M. Humnicky
                            Georgia Bar No. 377850

Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339
(P) 770-783-1800
ahumnicky@smallherrin.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

DULUTH TRAVEL, INC.,

     Debtor.

CHAPTER 11

CASE NO. 18-54894-JRS

## CERTIFICATE OF SERVICE

I, Anna M. Humnicky of Small Herrin, LLP, certify that the foregoing: **Withdrawal of Docket No. 70** was served on this date by electronic mail addressed to the parties appearing on Exhibit A.

This 1st day of June 2018.

By:   /s/ Anna M. Humnicky
       Anna M. Humnicky
       Georgia Bar No. 377850

Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339
(P) 770-783-1800
ahumnicky@smallherrin.com

# EXHIBIT A

| | |
|---|---|
| William J. Sheppard, Esq.<br>Doroteya N. Wozniak, Esq.<br>James Bates Brannan Groover, LLP<br>3399 Peachtree Road, NE<br>Suite 1700<br>Atlanta, GA 30326<br><br>Via electronic mail –<br>wsheppard@jamesbatesllp.com<br>dwozniak@jamesbatesllp.com | David S. Weidenbaum, Esq.<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><br>*Via electronic mail* –<br>David.S.Weidenbaum@usdoj.gov |
| Jason H. Watson, Esq.<br>Womble Bond Dickinson LLP<br>271 17th Street, NW<br>Suite 2400<br>Atlanta, GA 30363-1151<br><br>*Via electronic mail* –<br>Jason.Watson@wbd-us.com | |