**IT IS ORDERED as set forth below:**



**Date: August 24, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>DULUTH TRAVEL, INC.,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 18-54894-JRS |

**ORDER AND NOTICE CONDITIONALLY APPROVING DEBTOR'S
DISCLOSURE STATEMENT AND FIXING TIME FOR FILING
ACCEPTANCES OR REJECTIONS OF DEBTOR'S PLAN,
NOTICE OF CONFIRMATION HEARING, AND NOTICE OF THE TIME
<u>FIXED FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN</u>**

Debtor filed a Chapter 11 Plan of Reorganization ("Plan") (Docket No. 100) and Disclosure Statement ("Disclosure Statement") (Docket No. 101) under Chapter 11 of the Bankruptcy Code on August 17, 2018. The Court has determined that conditional approval of the disclosure statement is appropriate. 11 U.S.C. § 1125(f)(3); Bankruptcy Rule 3017.1.

Accordingly,

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

A.   The Disclosure Statement filed by the Debtor in the above-styled case, dated August 17, 2018, is conditionally approved.

B.   **October 1, 2018** is fixed as the last day for filing written acceptances or rejections of the Plan (the "Ballot").

C.   The attorney for the Debtor shall transmit a copy of this Order, the Plan, the Disclosure Statement, and a ballot by mail to creditors, equity security holders and other parties in interest, as provided in Federal Rule Bankruptcy Procedure 3017(d) and pursuant to BLR 9007-2, N.D. Ga., on or before August 31, 2018.

D.   **October 18, 2018** is fixed for the hearing on final approval of the conditionally approved Disclosure Statement and for confirmation of the Plan. Said hearing shall be held at **9:30 a.m.** in Courtroom **1404**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, before the undersigned.  Said hearing may be adjourned from time to time by announcement made in open Court without further written notice to parties in interest.

E.   The Court, having scheduled the Final Hearing on Approval of Debtor's Disclosure Statement and Confirmation of Debtor's Plan for **October 18, 2018**, extends the forty-five (45) day timeframe to confirm the Debtor's proposed plan under 11 U.S.C. §1129(e) through and including the date now fixed for the confirmation hearing or any subsequent date to which the hearing is continued.

F.  Debtor shall file a Report of Balloting with the Clerk of the Bankruptcy Court and serve pursuant to BLR 3018-1(b) and (c), N.D. Ga., **on or before October 15, 2018.**

G. **October 1, 2018** is fixed as the last day for filing and serving written objections to the conditionally approved Disclosure Statement and confirmation of the Plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1). Any objection to the confirmation of the Plan must be made in writing and provide (a) the name and address of the objector; (b) the amount and nature of the claim or interest held by the objector; and (c) all grounds for objection. Any such objections shall be filed with the Clerk of the Bankruptcy Court, Room 1340, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, or by using the Court's electronic case filing system ("CM/ECF").  For information on electronic filing, consult the Court's website at www.ganb.uscourts.gov.  Any objection must also be served upon counsel for the Debtor, Anna M. Humnicky, Esq., Small Herrin, LLP, Two Paces West, Suite 200, 2727 Paces Ferry Road, Atlanta, GA 30339.

**[END OF DOCUMENT]**

**Prepared and Presented by:**
SMALL HERRIN, LLP Counsel to Debtor

By:  /s/ Anna M. Humnicky
    Anna M. Humnicky
    Georgia Bar No. 377850

Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339
(P) (770) 783-1800
ahumnicky@smallherrin.com

## DISTRIBUTION LIST

Anna M. Humnicky, Esq.
Small Herrin, LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA 30339

Office of the U.S. Trustee
David S. Weidenbaum, Esq.
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303