**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>DULUTH TRAVEL, INC.,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 18-54894-JRS |

## NOTICE OF RESET HEARING

**DULUTH TRAVEL, INC.** ("**Debtor**"), filed a *Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing Debtor to Honor Certain Prepetition Obligations Nunc Pro Tunc* ("**Motion**"), seeking an order approving payment of certain pre-petition debts post-petition as further described in the Motion. The original hearing on the Motion was set for June 19, 2018, and was continued to August 7, 2018. At the hearing on August 7, 2018, counsel for Debtor indicated that the Motion would be reset upon request at the same time as the Confirmation Hearing.

Hearing will be held on the Motion in the *U.S. Bankruptcy Court, Courtroom 1404, 75 Ted Turner Drive, S.W., Atlanta, Georgia, at 9:30 a.m. on the 18th day of October 2018*.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written objection, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court,75 Ted Turner Drive, S.W., Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

(CONTINUED ON NEXT PAGE)

Dated: September 10, 2018.

**SMALL HERRIN, LLP**
Counsel to Debtor

By:   /s/ Anna M. Humnicky
       Gus H. Small, GA Bar No. 653200
       Anna M. Humnicky, GA Bar No. 377850

2727 Paces Ferry Road
Suite 2-200
Atlanta, GA 30339
(P) (770) 783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com