**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DULUTH TRAVEL, INC., | ) | Case No. 18-54894-JRS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that on August 6, 2018, **ADTRAV CORPORATION** filed its Motion of ADTRAV Corporation to Dismiss Chapter 11 Bankruptcy Case Pursuant to Bankruptcy Code Section 1112(b) (the "Motion") (docket # 93) with the Court seeking to dismiss the underlying bankruptcy case. A hearing on the Motion was originally scheduled for October 16, 2018.

**PLEASE TAKE FURTHER NOTICE** *that the hearing has been rescheduled and the Court will hold a hearing on the Motion in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at* <u>*9:30 a.m. on October 18, 2018*</u>.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 17, 2018

WOMBLE BOND DICKINSON (US) LLP

271 17th Street, N.W.  By:   /S/ Jason H. Watson
Suite 2400   Jason H. Watson
Atlanta, Georgia 30363-1017  State Bar No. 741414
(404) 879-2429 direct phone
(404) 870-4829 direct fax  **Attorney for ADTRAV Corporation**
jason.watson@wbd-us.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DULUTH TRAVEL, INC., | ) | Case No. 18-54894-JRS |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Jason H. Watson, certify I am over the age of 18 and that on September 17, 2018, I served a copy of forgoing NOTICE OF RESET HEARING by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the address stated on the attached Exhibit A.

WOMBLE BOND DICKINSON (US) LLP

271 17th Street, N.W.           By:   /S/ Jason H. Watson
Suite 2400                                  Jason H. Watson
Atlanta, Georgia 30363-1017           State Bar No. 741414
(404) 879-2429 direct phone
(404) 870-4829 direct fax              **Attorney for ADTRAV Corporation**
jason.watson@wbd-us.com

# EXHIBIT A

Bureau of the Fiscal Service
Division of Procurement, Avery 5F
200 Third Street
Attn: R. Dillon
Parkersburg, WV 26101

Deem, Inc.
642 Harrison Street
2nd Floor
San Francisco, CA 94107-1323

Georgia Certified Development Corp.
3405 Piedmont Road, NE
Suite 500
Atlanta, GA 30305-1797

AdTrav Corporation
4555 Southlake Parkway
Birmingham, AL 35244-3238

CTS Systems
11575 Great Oaks Way
Suite 130
Alpharetta, GA 30022-2426

First Citizens Bank
289 S. Culver Street
Lawrenceville, GA 30046-4805

Gwinnett County Tax Commissioner
Attn: Richard Steele
P.O. Box 372
Lawrenceville, GA 30046-0372

Comp. Corp. Rate Assoc.
320 Hemphill Street
Fort Worth, TX 76104-1130

FedEx
3875 Airways, Module H-3
Department 4634
Memphis, TN 38116

Gwinnett Community Bank
2775 Buford Highway
Duluth, GA 30096-2872

Arthur D. Salas
Duluth Travel, Inc.
2860 Peachtree Industrial Blvd.
Suite 1000
Duluth, GA 30097-7906

Concur Technologies
3500 Lenox Road, NE
Alliance Center, Suite t12
Atlanta, GA 30326-4267

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd., Suite 9100
Atlanta, GA 30345-3202

Internal Revenue Service
P.O. Box 7346
2970 Market Street
Philadelphia, PA 19104-5002

Airline Reporting Comm.
3000 Wilson Blvd.
Suite 300
Arlington, GA 22201-3862

City of Duluth
3167 Main Street
1st Floor
Duluth, GA 30092-3272

Everbank Commercial Finance, Inc.
P.O. Box 911608
Denver, CO 80291-1608

Great West
8515 E. Orchard Road
Englewood, CO 80111-5002

IRS
Attn: Leona Brown
500Ellin Road
Lanham, MD 20706

Julie F. Montgomery, Esq.
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096-4635

State Farm Insurance
10595 Old Alabama Con Rd, Suite 6
Alpharetta, GA 30022-8276

Balch & Bingham, LLP
Christopher S. Anulewicz, Esq.
30 Ivan Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308-3036

D. Michael Sweetnam
Sweetnam & Schwartz, LLC
1200 Ashwood Parkway Suite 190
Atlanta, GA 30338-6994

GRASP Technologies, Inc.
404 Camino Del Rio South
Suite 210
San Diego, CA 92108

Humana
P.O. Box 3291
Miilwaukee, WI 53201-5002

John Lawless
c/o Hodges & Assoc. #400
11325 Random Hills Road
Fairfax, VA 22030-6051

William J. Sheppard
James Bates Brannan Groover LLP
Suite 1700
3339 Peachtree Road, NE
Atlanta, GA 30326-1151

Travel Master
2860 Peachtree Ind. Blvd.
#1000
Duluth, GA 30097-7906

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

Ring Central, Inc.
20 Davis Drive
Belmont, CA 94002-3002

Travelport, LP
300 Galleria Parkway, SE
Suite 1700
Atlanta, GA 30339-3153

McGuire Woods
1750 Tysons Blvd.
Suite 1800
Tyson, VA 22102-4215

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

U.S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Travel Incorporated
4355 River Green Parkway
Duluth, GA 30096-2572

Lincoln National Life
P.O. Box 0821
Carol Stream, IL 60132-0821

Salus Consulting, P.C.
1117 Perimeter Center West
Suite e-201
Atlanta, GA 30338-5457

Doroteya N. Wozniak
James Bates Brannan Groover LLP
3399 Peachtree Road, NE,
Atlanta, GA 30326-1151

Roger L. Bates, Esq.
Hand Arendall, et al
1801 5th Ave N. #400
Birmingham, AL 35203-2108

Small Business Assoc. c/o
Colson Services Corp. 2
Hanson Place, 7th FL
Brooklyn, NY 11217-1431

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330