**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>DULUTH TRAVEL, INC.,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 18-54894-JRS |

**THIRD JOINT STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO PLAN AND BALLOTS ACCEPTING OR REJECTING PLAN**

**NOW COME** Duluth Travel, Inc. ("Debtor"), and Gwinnett Community Bank ("GCB"), the Debtor and a creditor in the above-styled bankruptcy case, and file this Joint Stipulation for an extension of time.

**THE UNDERSIGNED** hereby stipulate as follows:

1.

On August 17, 2018, Debtor filed its Plan of Reorganization, which was amended on October 4, 2018 (the "Plan"), and related Disclosure Statement (the "Disclosure Statement").

2.

On August 24, 2018, the Court entered an Order conditionally approving the Disclosure Statement and setting October 1, 2018, as the deadline for creditors and parties in interest to file objections to the Plan and/or final approval of the Disclosure Statement, as well as to file ballots accepting or rejecting the Plan.

3.

Debtor and GCB, in furtherance of finalizing plan language as to GCB's plan treatment, previously agreed that GCB shall have through and including October 8, 2018, to file objections to the Plan, final approval of the Disclosure Statement and a ballot accepting or rejecting the Plan.

4.

Debtor and GCB previously stipulated and agreed that GCB shall have through and including October 12, 2018, to file objections to the Plan, final approval of the Disclosure Statement and a ballot accepting or rejecting the Plan, to allow Debtor and GCB continue to negotiate consensual plan treatment.

5.

Debtor and GCB continue to negotiate final issues related to its plan treatment including proposed loan documents. Therefore, Debtor and GCB stipulate and agree that GCB shall have through and including October 15, 2018, to file objections to the Plan, final approval of the Disclosure Statement and a ballot accepting or rejecting the Plan.

This 12th day of October, 2018.

        **SMALL HERRIN, LLP**
        Counsel to Debtor

        By:  /s/ Anna M. Humnicky
            Gus H. Small
            GA Bar No. 653200
            Anna M. Humnicky
            GA Bar No. 377850

2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, GA 30339
(770) 783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com

**James Bates Brannan Groover LLP**
Counsel to Gwinnett Community Bank

By:  /s/ Doroteya Wozniak  signed with express permission by Anna M. Humnicky
Doroteya Wozniak
GA Bar No. 627491

3399 Peachtree Road NE
Suite 1700
Atlanta, GA 30326
O: 404-997-6031
F: 404-997-6021
dwozniak@jamesbatesllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

DULUTH TRAVEL, INC.,

    Debtor.

CHAPTER 11

CASE NO. 18-54894-JRS

**CERTIFICATE OF SERVICE**

    I, ANNA M. HUMNICKY, certify that I am over the age of 18 and that on this date, I served copies of the foregoing **THIRD JOINT STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO PLAN AND BALLOTS ACCEPTING OR REJECTING PLAN**, by Electronic Mail, as indicated on the persons or entities at the email addresses as indicated in **Exhibit A**.

    Dated: October 12, 2018.

By:    /s/ Anna M. Humnicky
Anna M. Humnicky
GA Bar No. 377850

2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, GA 30339
Telephone: (770) 783-1800 x 405
Direct: (770) 857-4770
ahumnicky@smallherrin.com

# EXHIBIT A

Office of the U.S. Trustee
David S. Weidenbaum, Esq.
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
David.S.Weidenbaum@usdoj.gov

William J. Sheppard, Esq.
Doroteya N. Wozniak, Esq.
James Bates Brannan Groover LLP
3399 Peachtree Road, NE
Suite 1700
Atlanta, GA 30326
wsheppard@jamesbatesllp.com
dwozniak@jamesbatesllp.com

Jason H Watson, Esq.
Womble Bond Dickinson (US) LLP
271 17th Street, NW Suite 2400
Atlanta, GA 30363
Jason.Watson@wbd-us.com